# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COURTNEY L. CANFIELD, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>OFFICE OF THE SECRETARY OF STATE )<br>FOR THE STATE OF KANSAS, and )<br>)<br>ERIC K. RUCKER, in his official capacity, )<br>)<br>    Defendants. )<br>_____ ) | Case No. 5:15-CV-4918-DDC-KGS |

## PLAINTIFF'S MOTION TO QUASH SUBPOENA

COMES NOW the Plaintiff, Courtney L. Canfield, by and through her attorney, Gary E. Laughlin of Hamilton, Laughlin, Barker, Johnson & Jones, and moves the Court to quash the subpoena dated March 24, 2017, issued to Blue Cross Blue Shield of Kansas by Defendant.

In support of Plaintiff's Motion to Quash, Plaintiff shows to the Court the following:

1.   That discovery terminated in this matter on May 13, 2016.

2.   That Plaintiff has previously supplied Defendant with records reflecting the payroll received by Plaintiff from Blue Cross Blue Shield of Kansas since she became employed at Blue Cross Blue Shield of Kansas.

3.   That the subpoena issued on March 24, 2017, also commands production of personnel records, employment history, reprimands, and probationary records, all of which would be immaterial to any of the issues in this case.

WHEREFORE, Plaintiff prays that the Court enter an Order quashing the subpoena issued on March 24, 2017, by Defendant to Blue Cross Blue Shield of Kansas.

1

        **s/Gary E. Laughlin**
Gary E. Laughlin
Bar Number   #7118
HAMILTON, LAUGHLIN, BARKER,
JOHNSON & JONES
3649 SW BURLINGAME RD.
TOPEKA, KS 66611
785-267-2410
785-267-2942  (FAX)
glaughlin@hamiltonlaughlin.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/EMF system which will send a notice of electronic filing to the following:

TERELLE A. MOCK  #21465
SETH A. LOWRY   #24292
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th St.
Topeka, KS  66601-0949
Telephone:     (785) 232-7761
Fax:              (785) 232-6604
Cell:             (785) 393-8242
Email:          tmock@fisherpatterson.com
                   slowry@fisherpatterson.com
Attorneys for Defendants

**s/Gary E. Laughlin**
Gary E. Laughlin
Bar Number   #7118
HAMILTON, LAUGHLIN, BARKER,
JOHNSON &  JONES
3649 SW BURLINGAME RD.
TOPEKA, KS 66611
785-267-2410
785-267-2942  (FAX)
glaughlin@hamiltonlaughlin.com
Attorneys for Plaintiff

2