# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COURTNEY L. CANFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-4918-KGS |
| ) | |
| OFFICE OF THE SECRETARY OF ) | |
| STATE FOR THE STATE OF KANSAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is set for trial on **August 21, 2017, at 9:30 a.m.** The case will be tried in the Topeka Division, Frank Carlson Federal Building, 444 SE Quincy, Topeka, Kansas before the Honorable K. Gary Sebelius. **This is a firm trial date.**

The deadlines for pretrial submissions are as follows:

### SUMMARY OF DEADLINES AND SETTINGS

| | |
|---|---|
| Final witness list and exhibit disclosures | July 21, 2017 |
| Objections to final witness list and exhibit disclosures | July 28, 2017 |
| Motions in limine | August 4, 2017 |
| Briefs in opposition to motions in limine | August 11, 2017 |
| Designation of deposition testimony for presentation at trial | August 4, 2017 |
| Objections to deposition designations, along with counter-designations | August 9, 2017 |
| Objections to counter-designations of deposition testimony | August 14, 2017 |
| Proposed jury instructions | August 7, 2017 |

| | |
|---|---|
| Objections to proposed jury instructions | August 14, 2017 |
| Exchange and marking of trial exhibits | August 14, 2017 |
| Joint statement of case for use during voir dire | August 14, 2017 |

Counsel are directed to stay in contact with Sheryl Gilchrist, Courtroom Deputy/Judicial Assistant at (785) 338-5480 or by e-mail at ksd_sebelius_chambers@ksd.uscourts.gov to keep the court advised of the likelihood of settlement, and the estimated trial time.

With regard to the above deadlines, the court provides the following direction:

1. WITNESSES AND EXHIBITS.

a. Marking and Exchange of Exhibits. All exhibits shall be marked no later than August 14, 2017. The parties shall exchange copies of exhibits at or before the time they are marked. The parties shall also prepare lists of their expected exhibits for use by the courtroom deputy clerk and the court reporter. In marking their exhibits, the parties shall use pre-assigned ranges of numbered exhibits. Exhibit Nos. 1-100 shall be reserved for plaintiff; Exhibit Nos. 101-200 shall be reserved for defendant. Each exhibit that the parties expect to offer shall be marked with an exhibit sticker, placed in a three-ring notebook, and tabbed with a numbered tab that corresponds to the exhibit number. The parties shall prepare and submit to the court three separate exhibit notebooks at this time.

2. TRIAL.

a. Trial will be by jury.

b. Estimated trial time is 3 days.

c. Because of constraints on the judiciary's budget for the compensation of jurors, in any case in which the court is not notified of a settlement at least 1 full business day prior to the

scheduled trial date, the costs of jury fees and expenses will be assessed to the parties, or any of them, as the court may order. See D. Kan. Rule 40.3.

3. FURTHER PROCEEDINGS AND FILINGS.

a. Trial Briefs. A party desiring to submit a trial brief shall comply with the requirements of D. Kan. Rule 7.6. The court does not require trial briefs but finds them helpful if the parties anticipate that unique or difficult issues will arise during trial.

b. Voir Dire. The parties shall submit a joint statement of the case to for use during voir dire no later than August 14, 2017. This joint submission shall be e-mailed to ksd_sebelius_chambers@ksd.uscourts.gov.

4. OTHER.

For further direction, see Judge Sebelius' trial guidelines posted on this District's website at: http://www.ksd.uscourts.gov/trial-guidelines-sebelius.

**IT IS SO ORDERED.**

Dated this 23rd day of May, 2017, at Topeka, Kansas.

<u>s/ K. Gary Sebelius</u>
K. Gary Sebelius
U.S. Magistrate Judge