### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COURTNEY L. CANFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| OFFICE OF THE SECRETARY OF STATE | )   Case No. 15-4918-KGS |
| FOR THE STATE OF KANSAS, and | ) |
| | ) |
| ERIC K. RUCKER, in his official capacity, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### PLAINTIFF'S MOTION IN LIMINE

COMES NOW the Plaintiff and submits her Motions in Limine. Plaintiff moves this Court for its Orders in Limine prohibiting Defendants' counsel from directly or indirectly asking questions of any witness concerning the following matters, or eliciting testimony or introducing into evidence any of the following matters. In addition, Plaintiff requests this Court's order directing Defendants' counsel not to mention these matters and to advise Defendants' witnesses not to mention these subjects. The requested scope of this order would include *voir dire,* opening statement, closing argument, witness testimony and all other phases of trial.

**I.   PREREQUISITES FOR MOTION IN LIMINE**

In *State v. Quick,* the Supreme Court of Kansas has expressly stated the purpose of a Motion in Limine and the two factors which must be present before issuance of such a protective order.  *State v. Quick*, 226 Kan. 308, 311, 597 P. 2d 1108 (1979).  There, the court stated:

"The purpose of a Motion in Limine is to assure all parties a fair and impartial trial by prohibiting inadmissible evidence, prejudicial statements, and improper questions by counsel. It is generally agreed a protective order should be granted when the trial court finds two factors are present: (1) the material or evidence in question will be inadmissible at a trial under the rules of evidence; (2) the mere offer of or statements made during trial concerning the material will tend to prejudice the jury."

226 Kan. at 311.

In addition to having wide discretion to limit evidence, the Court has a <u>duty</u> to exclude evidence when not relevant or may be prejudicial, inflammatory, and immaterial. *See Bd. of Education, Unified School District No. 464 v. Porter*, 234 Kan. 690, 694, 676 P. 2d 84 (1984).

## II.     PLAINTIFF'S IN LIMINE REQUESTS

Plaintiff hereby requests the Court to enter an Order in Limine excluding the following:

1. Any reference to the litigation that she filed against Laird Noller Ford for sexual discrimination.

2. Any reference to her employment at Blue Cross Blue Shield and her personnel file that was maintained by Blue Cross Blue Shield while Plaintiff worked there. Her employment at Blue Cross Blue Shield occurred after she was terminated from the Secretary of State's office.

3. Any reference to an overpayment that plaintiff received with respect to unemployment compensation from the State of Kansas

4. That she ws given a ticket for or arrested for possession of a hallucinogenic drug and possession of drug paraphernalia (page 161 of her deposition)

WHEREFORE, the Plaintiff respectfully requests this Court's Order in Limine precluding Defendants from introducing any of the evidence enumerated hereinabove to ensure a fair and prejudice free trial to all parties.

Respectfully submitted,

   **/s/ Gary E. Laughlin**
GARY E. LAUGHLIN   #7118
HAMILTON, LAUGHLIN, BARKER,
 JOHNSON & JONES
3649 SW Burlingame Rd.
Topeka, KS  66611
(785) 267-2410
(785) 267-2942  (FAX)
glaughlin@hamiltonlaughlin.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and correct copy of the above and foregoing document on counsel of record by (__) placing the same in the U.S. mail, postage prepaid, (__) facsimile to the phone number(s) listed below, and that the transmission was reported as complete and without error and that the facsimile machine complied with Supreme Court Rule 119(b)(3), (_x_) electronic mail, or (__) hand delivery, on this, the 1st day of August, 2017, to:

TERELLE A. MOCK  #21465
SETH A. LOWRY   #24292
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th St.
Topeka, KS  66601-0949
Telephone:     (785) 232-7761
Fax:           (785) 232-6604
Cell:          (785) 393-8242
Email:         tmock@fisherpatterson.com
               slowry@fisherpatterson.com
Attorney for Defendants

**/s/ Gary E. Laughlin**