## CLERK'S COURTROOM MINUTE SHEET – CIVIL

**COURTNEY L. CANFIELD,**

   Plaintiff,

v.              Case No: 15-4918-KGS

**OFFICE OF THE SECREATRY OF STATE
FOR THE STATE OF KANSAS,**

   Defendant.

            **Attorney for Plaintiff: Gary E. Laughlin**
          **Attorney for Defendant: David Cooper/Terelle Mock**

| JUDGE: | K. Gary Sebelius | DATE: | 8/18/2017 |
|---|---|---|---|
| CLERK: | Sheryl Gilchrist | TAPE/REPORTER: | Roxie Montgomery Nora Lyon & Associates |

### MOTION HEARING

Plaintiff's Motion in Liminie [ECF No. 75] – Granted in part and denied in part.

Defendant's Motion in Liminie [ECF No. 78] – Granted in part and denied in part.